UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**JOSEPH TONY BADEAUX**      CIVIL ACTION NO. 6:10-cv-1741
    **LA. DOC #120331**
VS.                          SECTION P

                              JUDGE TUCKER L. MELANÇON

**WARDEN STEVE RADER**       MAGISTRATE JUDGE HILL

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 3,* noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that the second and successive Petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 by Joseph Tony Badeaux be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 14th day of January, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE